**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADFORD SHAFFER,

    Plaintiff,

  v.

MERRILL LYNCH PIERCE FENNER & SMITH, INCORPORATED, MERRILL LYNCH & CO., INC., and DOES 1–150, inclusive,

    Defendants.
    /

No. C 10-03943 WHA

**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER**

The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . . "

Dated: January 7, 2011.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE